FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

Case No. 5D2024-0295
LT Case No. 2022-CJ-726-A

_____

J.S., A Child,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Brad E. King, Judge.

Matthew J. Metz, Public Defender, and Brian Hyer, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellee.

November 22, 2024

PER CURIAM.

    AFFIRMED. *See O'Malley v. State*, 378 So. 3d 672 (Fla. 5th DCA 2024); *Parks v. State*, 371 So. 3d 392, 393–94 (Fla. 1st DCA 2023) (holding that a cost imposed under section 938.27(8), Florida Statutes, is mandatory and recognizing conflict with *D.L.J. v.*

*State*, 331 So. 3d 227 (Fla. 2d DCA 2021)), *reh'g denied* (Sept. 27, 2023), *review granted*, SC2023-1355, 2024 WL 370043 (Fla. Jan. 31, 2024).

MAKAR, SOUD, and PRATT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____